IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV403 |
| | ) | |
| v. | ) | |
| | ) | |
| 2006 CHEVROLET TRAILBLAZER | ) | ORDER |
| SS, VIN 1GNET13H662222616, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The consent motion of the parties, filing no. 19, is granted
and the deadline to file the Report of Parties' Planning
Conference is extended to February 27, 2009.

DATED this 3rd day of February, 2009.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge