```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV403 |
| | ) | |
| v. | ) | |
| | ) | |
| 2006 CHEVROLET TRAILBLAZER | ) | ORDER |
| SS, VIN 1GNET13H662222616, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   The records of the court show that on December 12, 2008, (Filing No. 13), a letter was sent to attorney Kelsey J. Knowles from the Office of the Clerk directing that counsel register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

   As of February 4, 2009, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

   IT THEREFORE HEREBY IS ORDERED,

   On or before February 18, 2009, attorney Kelsey J. Knowles shall register for the System or show cause by written affidavit why counsel cannot comply with the rules of the court.

   DATED this 4th day of February, 2009.

                                   BY THE COURT:

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge