FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 MAR 12 PM 1:21

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:08CV403 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| 2006 Chevrolet Trailblazer SS, ) | |
| VIN 1GNET13H662222616, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 12th day of March, 2009, this matter comes on before the Court upon the Stipulation of the parties (Filing No 23). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. The Nebraska State Patrol should pay the Claimants, through Mark E. Weinhardt's trust account, $8,000.00.

2. Pursuant to this Court's Order dated September 15, 2008 (Filing No. 7), the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on December 1, 2008 (Filing No. 9). In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in the Defendant property.

3. In return, the Defendant property should be considered forfeited to the United States and should be disposed of by the United States Marshal for the District of Nebraska according to law.

4. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. The Nebraska State Patrol shall pay the Claimants, through Mark E. Weinhardt's trust account, $8,000.00.

C. Pursuant to this Court's Order dated September 15, 2008 (Filing No. 7), the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on December 1, 2008 (Filing No. 9). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. The Defendant property is hereby forfeited to the United States. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

E. The Marshal shall dispose of the Defendant property in accordance with law.

F. Upon Mr. Warin's receipt of the $8,000.00, as mentioned above, he shall file a Receipt for the $8,000.00. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

BY THE COURT:

RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

2

Approved as to form and content:

2006 CHEVROLET TRAILBLAZER SS
VIN 1GNET13H662222616, Defendant, and
BRITT BAKER and MATHEW BAKER,
Claimants

By: *(signature)*

EDWARD G. WARIN (#14396)
Attorney at Law
1650 Farnam
Omaha, NE 68102
(402) 633-1475

3