```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV403 |
| | ) | |
| v. | ) | |
| | ) | |
| 2006 CHEVROLET TRAILBLAZER | ) | ORDER |
| SS, VIN 1GNET13H662222616, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Attorney Kelsey J. Knowles has failed to register for the court's Case Management/Electronic Case Files System as previously directed.

IT THEREFORE HEREBY IS ORDERED,

The clerk is directed to remove Kelsey J. Knowles from the docket sheet and discontinue sending notifications to that attorney.

DATED this 28th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge