IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:08CV403 |
| ) | |
| v. ) | |
| ) | |
| 2006 CHEVROLET TRAILBLAZER ) | **MEMORANDUM AND ORDER** |
| SS, VIN 1GNET13H662222616, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On March 12, 2009, and pursuant to the parties' stipulation, this court entered an order (filing 24) requiring that the Nebraska State Patrol pay the claimants, through Mark E. Weinhardt's trust account, $8,000.00. The order further provided that upon attorney Edward G. Warin's receipt of such payment, Mr. Warin was to file a receipt with the court, and the court would then enter judgment. As of the date of this order, the court has not received a payment receipt, preventing it from entering judgment. Accordingly,

IT IS ORDERED:

1. On or before June 16, 2009, the Nebraska State Patrol shall pay the claimants $8,000.00 through Mark E. Weinhardt's trust account, if such payment has not already been made;

2. Attorney Edward G. Warin shall file with the court a receipt of such payment;

3. In the absence of the above-described payment and filing of the receipt,

this case may be dismissed without further notice.

DATED this 2nd day of June, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge