IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV403 |
| | ) | |
| v. | ) | |
| | ) | |
| 2006 CHEVROLET TRAILBLAZER SS, VIN 1GNET13H662222616, | ) ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Pursuant to the court's order on the parties' stipulation (filing 24) and the payment of $8,000.00 to claimants Britt Baker and Mathew Baker by the Nebraska State Patrol, judgment is hereby entered providing that the defendant property is forfeited to the United States; all right, title, or interest in or to the defendant property held by any person or entity is hereby forever barred and foreclosed; and the Marshal shall dispose of the defendant property in accordance with law.

    DATED this 8th day of June, 2009.

                                                  BY THE COURT:
                                                  s/ *Richard G. Kopf*
                                                  United States District Judge